## Antanitis *v.* Hecht, Appellant.

Argued October 10, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis H. Patrono,* with him *Robert D. Beck,* and *Patrono, Ceisler and Edwards,* for appellant.

*Stephen I. Richman,* with him *Greenlee, Richman, Derrico & Posa,* for appellee.

OPINION PER CURIAM, November 12, 1968:

This is an appeal by defendant after a jury verdict for plaintiffs in claims arising from an automobile collision. The evidence as to negligence was conflicting, the verdicts were not excessive, and there was no error of law or abuse of discretion in the lower Court's refusal to grant a new trial or a judgment n.o.v.

Judgment affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.